IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                              CRIMINAL NO. 3:04CR106TSL-JSC

BRETT HART

### ORDER DISMISSING APPEAL

THIS CAUSE this day came on to be heard upon the Defendant's motion in response to the Court's order to show cause to dismiss appeal and the motion having come before the Court on the Court's Order to Show Cause and the Court having considered the Defendant's request to dismiss the appeal and being otherwise full advised in the premises, is of the opinion that said motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, AND ADJUDGED that the Defendant's Notice of Appeal is hereby dismissed.

SO ORDERED, AND ADJUDGED, this the   10th   day of   April,  2007.

/s/ Tom S. Lee
U.S. DISTRICT COURT JUDGE

Submitted by:

Cynthia A. Stewart, Esq. (MSB# 7894)
2088 Main St., Suite A
Madison, Mississippi 39110
Telephone:  (601) 856-0515
Facsimile:  (601) 856-0514